UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Charles and Lori Palmieri

Case No.: 18-13972
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, U.S.B.J.__ on __June 11, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
938 Old York Road
Branchburg, New Jersey
Valued at $470,000.00

Liens on property:
Bank of America, $433,241.00

Amount of equity claimed as exempt: $36,759.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner

Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Charles F. Palmieri  
Lori A. Palmieri  
    Debtors

Case No. 18-13972-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: May 08, 2018  
                             Form ID: pdf905     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2018.

```
db/jdb         +Charles F. Palmieri,    Lori A. Palmieri,    938 Old York Road,    Branchburg, NJ 08876-3837
517361218      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
517361219      +Asset Recovery Solutions LLC,    2200 East Devon Ave., Suite 200,    Des Plaines, IL 60018-4501
517361221     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
517361220      +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517361222      +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
517361223      +Capital One,    PO Box 30256,    Salt Lake City, UT 84130-0256
517361224      +Capital One NA,    Attn: The Bureaus Inc.,    650 Dundee Rd., Suite 370,
                 Northbrook, IL 60062-2757
517361225      +Cavalry Portfolio Service,    Atn: Schachter Portnoy, LLC,    3490 U.S. Route 1, Suite 6,
                 Princeton, NJ 08540-5920
517361226      +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517361227      +Citi Cards/Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
517361228      +CitiBusiness Card,    PO Box 6235,    Sioux Falls, SD 57117-6235
517361229     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,    Attn: Customer Service Corres. Dept.,
                 PO Box 81577,    Austin, TX 78708-1577)
517361232      +Goodyear Tire/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
517361235      +Merchantile Adjustment Bureau LLC,    PO Box 9066,    Williamsville, NY 14231-9066
517361236      +Nationwide Credit Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
517361237      +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
517361238     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
517361240      +Tenaglia & Hunt,    395 West Passaic Street, Suite 205,    Rochelle Park, NJ 07662-3016
517441925      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
517361231     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Services,    PO Box 108,    Saint Louis, MO 63166)
517361241      +US Bank Business Edge,    Attn: Cardmember Service,    PO Box 6335,    Fargo, ND 58125-6335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 08 2018 23:25:32     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 08 2018 23:25:29     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517370331      +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 08 2018 23:29:43
                 BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517361230       E-mail/Text: mrdiscen@discover.com May 08 2018 23:24:43     Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850
517361233      +E-mail/Text: cio.bncmail@irs.gov May 08 2018 23:25:07     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517361234      +E-mail/Text: bnckohlsnotices@becket-lee.com May 08 2018 23:24:51     Kohls/Capone,
                 PO Box 3115,    Milwaukee, WI 53201-3115
517361239       E-mail/Text: bankruptcy@td.com May 08 2018 23:25:33     TD Bank,    PO Box 5600,
                 Lewiston, ME 04243
                                                                                              TOTAL: 7
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: May 08, 2018
                              Form ID: pdf905          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
              David A. Ast    on behalf of Joint Debtor Lori A. Palmieri david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              David A. Ast    on behalf of Debtor Charles F. Palmieri david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-17T1,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17T1 kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-17T1) nj-ecfmail@mwc-law.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```