UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Order Filed on June 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**McCABE, WEISBERG & CONWAY, LLC**
**By: Alexandra T. Garcia, Esq. (Atty.**
**I.D.#ATG4688)**
**216 Haddon Avenue, Suite 201**
**Westmont, NJ 08108**
**856-858-7080**
Attorneys for Movant: Bayview Loan Servicing,
LLC, as servicer for The Bank of New York
Mellon fka The Bank of New York, as Trustee
for the Certificateholders CWALT, Inc.,
Alternative Loan Trust 2006-17T1, Mortgage
Pass-Through Certificates, Series 2006-17T1

| | |
|---|---|
| IN re: | Case No.: 18-13972-MBK |
| | Chapter: 7 |
| Charles F. Palmieri | Judge: Michael B. Kaplan |
| Lori A. Palmieri aka Lori-Ann Palmieri | |
|     Debtors | |

## ORDER VACATING STAY

The relief set forth on the following pages is hereby **ORDERED**

**DATED: June 20, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Charles F. Palmieri and Lori A. Palmieri aka Lori-Ann Palmieri
Case No: 18-13972-MBK
Caption of Order:  ORDER VACATING STAY

Upon the motion of **Bayview Loan Servicing, LLC, as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-17T1, Mortgage Pass-Through Certificates, Series 2006-17T1**, or its successors or assignees, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒        Real property more fully described as:

938 Old York Rd, Branchburg, New Jersey 08876-3837

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property

☐        Personal property more fully described as:

ORDERED that Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.