Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 18−13972−MBK
                    Chapter: 7
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Charles F. Palmieri | Lori A. Palmieri |
| 938 Old York Road | aka Lori−Ann Palmieri |
| Branchburg, NJ 08876 | 938 Old York Road |
| | Branchburg, NJ 08876 |

Social Security No.:
  xxx−xx−2393                              xxx−xx−4425

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Karen E. Bezner is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 9, 2018</u>                  <u>Michael B. Kaplan</u>
                                        Judge, United States Bankruptcy Court